Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILOPATIR S. RIZKALLA,<br><br>Defendant. | No.  6:17-po-00616-JDP<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

        The defendant having met all conditions of the Deferred Prosecution Agreement entered

into with the Government, the United States hereby moves the Court for an order of dismissal

pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court

endorsed hereon.


        Dated:  August 15, 2019                  /S/ Susan St. Vincent_____
                                                 Susan St. Vincent
                                                 Legal Officer
                                                 Yosemite National Park

1

ORDER

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above-referenced matter, *United States v. Rizkalla 6:17-po-00616-JDP*, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:     August 19, 2019

UNITED STATES MAGISTRATE JUDGE